UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARY CYNTHIA BUTLER,

    Plaintiff,

v.                                      Case No. 3:14cv147/RV/CJK

ESCAMBIA FIRST TRANSIT; HARTFORD
LIFE AND ACCIDENT INSURANCE
COMPANY; DR. MICHAEL B. BUSBY;
and U.S. POSTAL SERVICE CANTONMENT,
FLORIDA BRANCH;

    Defendants.
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 8, 2015 (doc. 19). The plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B) for plaintiff's failure to state a claim upon which relief can be granted.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 7th day of January, 2016.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**